United States Bankruptcy Court

Western District of Michigan

In re:  
Rebecca Lynn LeFebre  
       Debtor(s)

Case No. 15-03834-swd  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0646-1 | User: botmak | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Lynn LeFebre, 8120 Alto Way, Alto, MI 49302-9527 |
| cr | + | State of Michigan-Department of Treasury, Michigan Department of Attorney General, Revenue & Collections Division, P.O. Box 30754, Lansing, MI 48909-8254 |
| 7653580 | | 17th Circuit Court, 180 Ottawa Ave., Grand Rapids,, MI 49503 |
| 7653584 | + | Bank Of America, PO Box 5016, Rochester, MI 48308-5016 |
| 7653588 | + | CBCS, PO Box 2334, Columbus, OH 43216-2334 |
| 7684244 | + | CitiMortgage, Inc, c/o Cenlar FSB, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 7661089 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank For Macys Branded, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 7653596 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 7653595 | + | Fifth Third, 38 Fountain Sq. Plaza, Cincinnati, OH 45263-0001 |
| 7666542 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 7653597 | + | Global, Synchrony Bank, 5440 N. Cumberland Ave., Ste 300, Chicago, IL 60656-1486 |
| 7653600 | | Kent County Friend Of The Court, 180 Ottawa Ave., Grand Rapids, MI 49503 |
| 7653601 | + | Kevin LeFebre, 1309 Underwood Ave., SE, Grand Rapids, MI 49506-3267 |
| 7653602 | + | Kevin Lefebre, 1309 Underwood AVe, Grand Rapids, MI 49506-3267 |
| 7742634 | + | Kevin R. LeFebre, 1309 Underwood Ave., Grand Rapids, MI 49506-3267 |
| 7683594 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 7653604 | + | Northland Group, Macys, PO Box 390905, Minneapolis, MN 55439-0905 |
| 7653606 | + | Shirley Staahl, 5891 Woodschool, Freeport, MI 49325-9450 |
| 7653608 | + | State Of Michigan, Dept. Of Treasury, PO Box 30199, Lansing, MI 48909-7699 |
| 7653609 | + | Steven C. Griffioen, 468 Kinney Ave., NW, Grand Rapids, MI 49534-4509 |
| 7653610 | + | The Center For Phys Rehab, 5060 Cascade Rd., Ste A, Grand Rapids, MI 49546-3808 |
| 7653612 | + | vision Financial, Younkers, PO Box 7477, Rockford, IL 61126-7477 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: CITICORP.COM | Nov 14 2020 02:48:00 | CITIMORTGAGE, INC, PO BOX 6030, SIOUX FALLS, SD 57117-6030 |
| 7653583 | | Email/Text: ebn@americollect.com | Nov 13 2020 23:17:00 | Americollect, Forest Hills Pediatric, PO Box 1690, Manitowoc, WI 54221 |
| 7653581 | + | Email/Text: EBN_Zeeland@abscollect.com | Nov 13 2020 23:17:00 | Allied Collection, Spectrum, PO Box 1799, Holland, MI 49422-1799 |
| 7653582 | + | Email/Text: ebn@americollect.com | Nov 13 2020 23:17:00 | Americcollect Inc., Forest Hills Pediatric, PO Box 1566, Manitowoc, WI 54221-1566 |
| 7653585 | | EDI: BANKAMER.COM | Nov 14 2020 02:48:00 | Bank Of America, Mastercard, PO Box 15019, Wilmington, DE 19886 |
| 7657191 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 23:23:40 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 7653587 | | EDI: CAPITALONE.COM | | |

| District/off: 0646-1 | User: botmak | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| 7653586 | + | EDI: CAPITALONE.COM | Nov 14 2020 02:48:00 | Capitol One, PO Box 85520, Richmond, VA 23285 |
| 7653591 | + | EDI: CITICORP.COM | Nov 14 2020 02:48:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 7653592 | + | EDI: CITICORP.COM | Nov 14 2020 02:48:00 | Citi Mortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 7742632 | | EDI: CITICORP.COM | Nov 14 2020 02:48:00 | Citicard, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 7653593 | | EDI: WFNNB.COM | Nov 14 2020 02:48:00 | Citicards CBNA, PO Box 6241, Sioux Falls SD, 57117-6241 |
| 7653594 | | EDI: DISCOVER.COM | Nov 14 2020 02:48:00 | Comenity Bank, PO Box 172273, Columbus, OH 43218 |
| 7653603 | | EDI: CITICORP.COM | Nov 14 2020 02:48:00 | Discover BAnk, PO Boxc 15316, Wilmington, DE 19850 |
| 7655812 | | EDI: DISCOVER.COM | Nov 14 2020 02:48:00 | Macys, PO Box 8218, Mason, OH 45040 |
| 7742633 | | EDI: RMSC.COM | Nov 14 2020 02:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 7653598 | | Email/Text: johnengmanatty1@aol.com | Nov 14 2020 02:48:00 | GE Moneybank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 7653599 | | Email/Text: johnengmanatty1@aol.com | Nov 13 2020 23:16:00 | John A. Engman, 4095 Embassy Dr., Ste D, Garnd Rapids, MI 49546 |
| 7653589 | | EDI: JPMORGANCHASE | Nov 13 2020 23:16:00 | John Engman, 4095 Embassy Dr., SE, Grand Rapids, MI 49454-6000 |
| 7653590 | | EDI: JPMORGANCHASE | Nov 14 2020 02:48:00 | Chase, PO Box 94014, Palatine, IL 60094 |
| 7713691 | | EDI: PRA.COM | Nov 14 2020 02:48:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 7657686 | | EDI: Q3G.COM | Nov 14 2020 02:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 7653605 | + | EDI: RMSC.COM | Nov 14 2020 02:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 7653607 | + | Email/Text: cbo-patientliabilitysupportteam@spectrumhealth.org | Nov 14 2020 02:48:00 | Sams Club, P Box 965005, Orlando, FL 32896-5005 |
| 7653611 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 13 2020 23:17:00 | Spectrum Health, PO Box 2127, Grand Rapids, MI 49501-2127 |
| 7684006 | | EDI: ECAST.COM | Nov 13 2020 23:17:00 | Transworld Systems, Trugreen, 507 Prudential Rd., Horsham, PA 19044-2308 |
| | | | Nov 14 2020 02:48:00 | eCAST Settlement Corporation assignee of Citibank, NA, POB 29262, New York NY 10087-9262 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0646-1 | User: botmak | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 48 |

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett N. Rodgers | ecf@rodgersch13.com  ecfbnrbackup@trustee13.com |
| Brian P. Yoho | on behalf of Creditor CitiMortgage  Inc. byoho@sspclegal.com, mhogan@sspclegal.com |
| Brian P. Yoho | on behalf of Creditor CITIMORTGAGE  INC byoho@sspclegal.com, mhogan@sspclegal.com |
| Jeffrey D. Mapes | on behalf of Debtor Rebecca Lynn LeFebre jeff@mapesdebt.com 9799057420@filings.docketbird.com;kkolbe@mapesdebt.com;ggeorge@mapesdebt.com;lawofficeofjeffreydmapes@gmail.com |
| Kristy Steffani | on behalf of Creditor CITIMORTGAGE  INC ksteffani@sspclegal.com |
| Kristy Steffani | on behalf of Creditor CitiMortgage  Inc., c/o Cenlar, FSB ksteffani@sspclegal.com |
| Michael P. Hogan | on behalf of Creditor CITIMORTGAGE  INC mhogan@sspclegal.com, stremonti1@sspclegal.com |
| Michael Robert Bell | on behalf of Creditor State of Michigan-Department of Treasury BellM1@Michigan.gov  lawrencem5@michigan.gov |

TOTAL: 8

| Information to identify the case: | |
|---|---|
| Debtor 1  **Rebecca Lynn LeFebre** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9216 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Michigan** | |
| Case number:  **15–03834–swd** | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rebecca Lynn LeFebre

<u>11/13/20</u>

**By the court:**    <u>Scott W. Dales</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**
Form 3180W  **Chapter 13 Discharge**  page 2