United States Bankruptcy Court
Western District of Michigan

| | |
|---|---|
| In re: | Case No. 15-03834-swd |
| Rebecca Lynn LeFebre | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2021 | Form ID: closbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rebecca Lynn LeFebre, 8120 Alto Way, Alto, MI 49302-9527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 10, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett N. Rodgers | ecf@rodgersch13.com  ecfbnrbackup@trustee13.com |
| Brian P. Yoho | on behalf of Creditor CitiMortgage  Inc. byoho@sspclegal.com, mhogan@sspclegal.com |
| Brian P. Yoho | on behalf of Creditor CITIMORTGAGE  INC byoho@sspclegal.com, mhogan@sspclegal.com |
| Jeffrey D. Mapes | on behalf of Debtor Rebecca Lynn LeFebre jeff@mapesdebt.com 9799057420@filings.docketbird.com;kkolbe@mapesdebt.com;ggeorge@mapesdebt.com;lawofficeofjeffreydmapes@gmail.com |
| Kristy Steffani | on behalf of Creditor CITIMORTGAGE  INC ksteffani@sspclegal.com |
| Kristy Steffani | |

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 08, 2021 | Form ID: closbk | Total Noticed: 1 |

    on behalf of Creditor CitiMortgage Inc., c/o Cenlar, FSB ksteffani@sspclegal.com

Michael P. Hogan
    on behalf of Creditor CITIMORTGAGE INC mhogan@sspclegal.com, stremonti1@sspclegal.com

Michael Robert Bell
    on behalf of Creditor State of Michigan-Department of Treasury BellM1@Michigan.gov collinsm16@michigan.gov

TOTAL: 8

**Form CLOSBK** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Rebecca Lynn LeFebre**<br>8120 Alto Way<br>Alto, MI 49302<br>SSN: xxx–xx–9216<br><br>**Debtor** | **Case Number 15–03834–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Brett N. Rodgers is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The chapter 13 case of the above named debtor(s) is closed.



Michelle M. Wilson
Clerk of Court

**Dated:** January 8, 2021